

APR 27 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY

IN THE UNITED STATES DISTRICT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DIANE M. GRUMBINE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. L00CV61 |
| WILBAR TRUCK EQUIPMENT, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION FOR EXTENSION OF TIME

The parties, by and through their undersigned counsel, hereby stipulate and agree that the time for Defendant, Wilbar Truck Equipment, Inc. to answer or otherwise move with respect to the Complaint filed herein is hereby extended until Wednesday, May 10, 2000.

_____
Mary T. Keating
Trial Bar No. 04625
728 Deepdene Road
Baltimore, Maryland  21210

(410) 532-8900

Attorney for Plaintiff
Diane Grumbine

_____
Harriet E. Cooperman
Trial Bar No. 00729
Saul, Ewing, Weinberg & Green
100 South Charles Street
Baltimore, Maryland 21201
(410) 332-8974

Attorney for Defendant
Wilbar Truck Equipment, Inc.

APPROVED: _____
Benson E. Legg
United States District Judge

628020.1 4/12/00