LAW OFFICES OF

# SAUL, EWING, WEINBERG & GREEN

PHILADELPHIA, PENNSYLVANIA  
BERWYN, PENNSYLVANIA  
HARRISBURG, PENNSYLVANIA

SAUL, EWING, REMICK & SAUL LLP  
100 SOUTH CHARLES STREET  
BALTIMORE, MD 21201-2773  
(410) 332-8600

NEW YORK, NEW YORK  
PRINCETON, NEW JERSEY  
WILMINGTON, DELAWARE

HARRIET E. COOPERMAN  
(410) 332-8974  
FACSIMILE (410) 332-8973  
hcooperman@saul.com

FILE NUMBER  
946572/00001

May 24, 2000

**VIA HAND DELIVERY**

The Honorable Benson Everett Legg  
United States District Judge  
United States District Court for the  
District of Maryland  
101 West Lombard Street  
Baltimore, Maryland 21201

      Re:   *Diane M. Grumbine v. Wilbar Truck Equipment, Inc.*  
            Civil No. L-00-61

Dear Judge Legg:

      Counsel for the parties have conferred regarding deposition hours for the above-captioned matter. Counsel have agreed that it would be appropriate to limit each side to 20 hours of deposition of fact witnesses (including parties).

      Thank you for your consideration of this request.

Sincerely,

Harriet E. Cooperman  
Attorney for Defendant,  
Wilbar Truck Equipment, Inc.

HEC/ral

cc:  Mary T. Keating, Esquire, Attorney for Plaintiff, Diane M. Grumbine  
      William Casterline, Esquire

APPROVED THIS 30th DAY OF May, 2000

BENSON EVERETT LEGG, U.S.D.J.

633536.1 5/24/00