FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

JUL 27 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| DIANE M. GRUMBINE, | * | |
| Plaintiff, | * | Civil Action No. L00CV61 |
| v. | * | |
| WILBAR TRUCK EQUIPMENT, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION FOR EXTENSION OF TIME
## FOR DEFENDANT TO NAME ITS MEDICAL EXPERT

The Parties, by their undersigned counsel, hereby stipulate and agree that the Scheduling Order previously issued by this Court shall be amended to provide that Defendant, Wilbar Truck Equipment, Inc. ("Defendant"), shall identify its medical expert(s) 30 days after the Court has ruled on Defendant's Motion to Compel Plaintiff's Attendance at an Independent Psychiatric Examination.

| | |
|---|---|
| Mary T. Keating<br>Trial Bar No. 04265<br>Law Office of Mary T. Keating<br>728 Deepdene Road<br>Baltimore, Maryland 21210<br>(410) 532-8900 | Harriet E. Cooperman<br>Trial Bar No. 00729<br>Saul, Ewing, Weinberg & Green<br>100 South Charles Street<br>Baltimore, Maryland 21201<br>(410) 332-8974 |
| Counsel for Plaintiff,<br>Diane M. Grumbine | Counsel for Defendant,<br>Wilbar Truck Equipment, Inc. |



-2-

Approved this 20th day of July, 2000.

                                            _____
                                            The Honorable Benson Everett Legg
                                            United States District Judge