IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| DIANE M. GRUMBINE, | * | |
| Plaintiff, | * | Civil Action No. L00CV61 |
| v. | * | |
| WILBAR TRUCK EQUIPMENT, INC., | * | |
| Defendant. | * | |

* * * * * * * * * * *

**DEFENDANT'S MOTION TO COMPEL
THE ATTENDANCE OF PLAINTIFF AT AN
INDEPENDENT PSYCHIATRIC EXAMINATION**

Defendant, Wilbar Truck Equipment, Inc. ("Wilbar"), through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 35(a), respectfully files this motion to compel Plaintiff Diane M. Grumbine ("Plaintiff") to submit to an independent psychiatric examination. For the reasons more fully set forth in the accompanying Memorandum in Support, with attached Exhibits, Plaintiff has placed her mental condition "in controversy" and "good cause" exists for the mental examination.

As the attached Affidavit of Harriet E. Cooperman, counsel for Wilbar, (Exhibit B) establishes, the parties have made sincere attempts to resolve this issue, however, have been unable to reach agreement.

*[Handwritten annotation:]* Motion Denied under the assumption that the plaintiff at trial would not call either an expert or a treating physician or other health care worker to testify concerning her physical/emotional state.

B. Legg
USDJ 7/26/00