UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DIANE M. GRUMBINE | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: L00CV61 |
| WILBAR TRUCK EQUIPMENT, INC., | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Diane Grumbine, and Defendant, Wilbar Truck Equipment, Inc., by and through their undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate to a voluntary dismissal of the above-captioned action with prejudice, with each party to bear her/its own costs, expenses and attorneys' fees.

_____
Mary Keating, Esquire
728 Deepdene Road
Baltimore, Maryland 21210

Attorney for Plaintiff,
Diane M. Grumbine

_____
Harriet E. Cooperman
Saul, Ewing, Weinberg & Green
100 S. Charles Street
Baltimore, MD. 21201

Attorneys for Defendant,
Wilbar Truck Equipment, Inc.

SO ORDERED this 6TH day of October, 2000

_____
United States District Judge

644912.1 8/24/00